CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 19 2009

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **JEFFREY HAIRSTON,** | ) | Civil Action No. 7:09-CV-00125 |
| **Petitioner,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **JEFFREY DILLMAN, WARDEN,** | ) | **By: Hon. James C. Turk** |
| **GREEN ROCK CORRECTIONAL** | ) | **Senior United States District Judge** |
| **CENTER,** | ) | |
| **Respondent.** | ) | |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that Respondent's Motion to Dismiss (Dkt. No. 9) is **GRANTED**. Accordingly, Petitioner's 28 U.S.C. § 2254 Petition (Dkt. No.1) is **DENIED**. The Clerk of Court is directed to strike the matter from the court's active docket and to send a copy of this final order and accompanying memorandum opinion to Petitioner and counsel of record for the Respondent.

ENTER: This _19th_ day of November, 2009.

_____
Senior United States District Judge

17